■ SPREAD NYC LLC, Appellant, v JASON LEE, Respondent. [918 NYS2d 875]—

Concur—Gonzalez, P.J., Friedman, Catterson, Renwick and Abdus-Salaam, JJ.